# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 8, 2022

BY ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Adjourned to Thursday, December 15, 2022, at 4:30pm
SO ORDERED.
/s/ JGKoeltl
11/9/22
USDJ

Re:   **United States v. Julian DeJesus,**
      **22 Cr. 475 (JGK)**

Dear Judge Koeltl:

    I write with the consent of the government to request that Mr. DeJesus's sentencing, which is now scheduled for November 29, 2022, be adjourned to by approximately three weeks. Specifically, if possible, I request that sentencing be adjourned to one of the following times when both parties are available: December 15 at any time, December 19 in the morning, December 20 at any time except between 11:00 a.m. and 2:00 p.m., or December 22 at any time.

    I make this request because the final presentence report is not yet available and because I need additional time to collect mitigation materials in order to represent Mr. DeJesus effectively at sentencing. As noted, the government consents to this request.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Thomas Burnett