# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

December 12, 2022

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

[signature]
John G. Koeltl, U.S.D.J.

12/12/22

Re:   **United States v. Julian DeJesus,**
      **22 Cr. 475 (JGK)**

Dear Judge Koeltl:

    I write to request that the Court remove the curfew condition of Mr. DeJesus's bail. The specific impetus for this request is that it will enable Mr. DeJesus to accept a promising new job that he obtained as a porter at a hotel in midtown. (The identity of the hotel has been provided to Pretrial Services and the government.) He has been asked to work overnight, on an 11:00 p.m. to 7:00 a.m. shift, starting next week. More generally, eliminating the curfew condition is appropriate in light of Mr. DeJesus's long and demonstrated history of compliance with Pretrial supervision.

    Neither Pretrial Services nor the government objects to this request.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Thomas Burnett
      USPSO Christina Venable