UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                                          22 cr 475 (JGK)

        -against-

                                          **ORDER OF REMAND**

JULIAN DEJESUS,

                Defendant.
-------------------------------------------------------------X

    For the reasons stated, today, the defendant, Julian Dejesus, having been sentenced to 24 months imprisonment, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, to begin his sentence.

**SO ORDERED.**

                                                                           **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 14, 2023