# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 6, 2025

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Julian DeJesus,**
      **22 Cr. 475 (JGK)**

Dear Judge Koeltl:

I write on behalf of Julian DeJesus, who has completed his prison sentence and is now on supervised release. I have become aware that Pretrial Services remains in possession of Mr. DeJesus's passport, which he had surrendered as part of his bail conditions, and I understand that a Court order is required for the return of this important identity document.

I therefore respectfully request that the Court authorize and direct Pretrial Services to return Mr. DeJesus's passport. The government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Thomas Burnett

**APPLICATION GRANTED
SO ORDERED**

2/6/25

John G. Koeltl, U.S.D.J.